### 21826, 21827. YOUMANS et al. v. HAMILTON, Tax Assessor, et al.; and vice versa.

CANDLER, Justice. This case involves personal property to which an exemption of $300 applies and is controlled by the decision this day rendered on the main bill of exceptions in Case No.

21824. There is also a cross-bill of exceptions in this case complaining about the same ruling of the trial judge to which exception was there taken.

*Judgment affirmed on the main bill of exceptions; cross-bill dismissed. All the Justices concur.*

ARGUED OCTOBER 8, 1962—DECIDED OCTOBER 10, 1962.

*Barrie L. Jones,* for plaintiffs in error.

*Duncan Graham, Jackson & Graham, Milton C. Grainger,* contra.

*Eugene Cook, Attorney General, John E. Dean, James H. Wood, Assistant Attorneys General,* for party at interest not party to record.